# CASES REPORTED WITH BRIEF SYLLABI

AND

## DECISIONS HANDED DOWN WITHOUT

## OPINION

FIRST DEPARTMENT, FEBRUARY, 1926.

RALPH G. ALBRECHT, as Ancillary Administrator, etc., of MAURICE CHARLES MANSFIELD, Respondent, Appellant, v. THE ROBERT DOLLAR COMPANY, Appellant, Respondent, Impleaded with Others, Defendants.

CROSS-APPEALS by the defendant, The Robert Dollar Company, and by the plaintiff, Ralph G. Albrecht, from a judgment of the Supreme Court in favor of plaintiff, entered in the New York county clerk's office on January 17, 1925, upon the decision of the court rendered after a trial at the New York Special Term. The plaintiff appeals from the said judgment as inadequate. (See 123 Misc. 640.)

PER CURIAM: We conclude with the learned trial court that the proof of plaintiff establishes an assignment of the decedent Mansfield's interest to the defendant the Robert Dollar Company for collection on the decedent's account in trust to pay the sums collected to him when received; that the obligation under the assignment, however, was to pay what was received for his account, and this obligation was not discharged by making a proportional award to the Mansfield interest of the whole amount received for all the coadventurers, but which proportion was based on purely arbitrary ratios so far as evidence discloses any ground for their existence. It is, therefore, determined that the judgment of the trial court should be modified by increasing the principal sum to $97,750, the total sum due Mansfield under the proof by all the documents and received under our view for his account by the defendant, the Robert Dollar Company, when the settlement was made, and as so modified affirmed, with costs to the plaintiff. Present — Clarke, P. J., Merrell, Finch, McAvoy and Martin, JJ. Judgment modified as directed in opinion and as so modified affirmed, with costs to the plaintiff. Settle order on notice.

HYMAN KAMINSKY, an Infant, by DAVID KAMINSKY, His Guardian ad Litem, Respondent, v. UNITED STATES TRUCKING CORPORATION, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.; Merrell and McAvoy, JJ., dissent.

In the Matter of the Judicial Settlement of the Account of Proceedings of CENTRAL UNION TRUST COMPANY, as Executor, etc., of SIMON R. WEIL, Deceased.— Decree affirmed, with costs. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.